**United States District Court**
For the Northern District of California

**\*E-FILED: 4/23/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESA JOHNSON, | No. C07-02148 HRL |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| PHARMACIA CORPORATION, PFIZER, INC., PARKE-DAVIS, WARNER LAMBERT COMPANY and WARNER LAMBERT COMPANY LLC, | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case to another judge.

Dated:   April 23, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  **5:07-cv-2148 Notice will be mailed to**:

2  Keith M Jensen
   Jensen Belew and Gonzalez, PLLC
3  1024 North Main
   Forth Worth, TX 76106
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28